UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GOODMAN,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>DISCOVER FINANCIAL SERVICES, LLC,<br><br>　　　　　　　　　Defendant. | 21-CV-7500 (LGS)<br><br>ORDER OF SERVICE |

LORNA G. SCHOFIELD, United States District Judge:

　　Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

　　The Clerk of Court is directed to issue a summons as to Defendant Discover Financial Services, LLC. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

　　The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:　September 10, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**LORNA G. SCHOFIELD**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**