UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GOODMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, LLC,<br><br>    Defendant. | Case No. 1:21-cv-07500-LGS-GWG<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Lauren M. McCabe, Esq., of Stroock & Stroock & Lavan LLP, certifies that she is admitted to practice in this Court, and respectfully enters her appearance as counsel of record for defendant Discover Bank, erroneously sued as Discover Financial Services, LLC, in the above-captioned action.

Dated: New York, New York
   October 8, 2021

STROOCK & STROOCK & LAVAN LLP

By:    */s/ Lauren M. McCabe*
   Lauren M. McCabe (Bar No. 4771648)

180 Maiden Lane
New York, NY 10038-4982
Telephone:  (212) 806-1247
Email: lmccabe@stroock.com
   lacalendar@stroock.com

Attorneys for Defendant
*Discover Bank, erroneously sued as Discover Financial Services, LLC*

LA 52616609