```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
AARON GOODMAN,                                               :
                                  Plaintiff,                 :    21 Civ. 7500 (LGS)
                                                             :
               -against-                                     :    ORDER
                                                             :
DISCOVER FINANCIAL SERVICES, LLC,                            :
                                  Defendant.                 :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on November 4, 2021.

WHEREAS, for the reasons stated at the conference, it is hereby

**ORDERED** that the parties shall file their submissions in connection with Defendant's motion to dismiss according to the following schedule:

- By **November 19, 2021**, Defendant shall file its motion to dismiss and memorandum of law in support of the motion, not to exceed 25 pages;

- By **December 10, 2021**, Plaintiff shall file any opposition, not to exceed 25 pages; and

- By **December 17, 2021**, Defendant shall file any reply in support of its motion, not to exceed 10 pages.

It is further

**ORDERED** that discovery is STAYED pending resolution of Defendant's motion to dismiss.

Dated: November 4, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**