UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Aaron Goodman,
                Plaintiff,

                                                      21 **CIV** 7500 (LGS)

      -against-                                         **JUDGMENT**

Discover Financial Services, LLC,
                    Defendant.
---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated August 10, 2022, Plaintiff's motion for leave to amend and related relief as set forth at Dkt. Nos. 34-37 are denied; accordingly, judgment is entered in favor of Defendant against Defendant; as the case is closed, no further applications are properly made or filed in this case, except any notice of appeal.

**DATED**: New York, New York
          August 12, 2022

                                                  **RUBY J. KRAJICK**
                                                    _____
                                                       **Clerk of Court**
                                    **BY:** _J. Saviñon_____
                                                    **Deputy Clerk**